UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

LEYLA SUAREZ-HERNANDEZ,

                Plaintiff,

    -against-

NANCY A. BERRYHILL, ACTING COMMISSIONER
OF SOCIAL SECURITY,

                Defendant.

----------------------------------------------------------x

No. 19-CV-4514 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the parties' joint stipulation to extend the briefing schedule for the parties' Joint Stipulation. (ECF 20). That request is GRANTED. No further extensions.

1) By **February 14, 2020**, Defendant's counsel shall provide to Plaintiff's counsel the Commissioner's portions of the Joint Stipulation and shall deliver an electronic and printed copy of the Commissioner's portions of the Joint Stipulation to Plaintiff's counsel.

2) By **February 28, 2020,** Plaintiff's counsel shall incorporate into the Joint Stipulation any reply that Plaintiff may wish to make to the Commissioner's contentions, and shall deliver a completed copy of the Joint Stipulation signed by Plaintiff to Defendant's counsel for review, signature, and electronic filing.  Plaintiff shall not use the reply to raise new issues that the Commissioner has not had an opportunity to address.

3) By **March 4, 2020,** Defendant's counsel shall sign and electronically file the Joint Stipulation.

**SO ORDERED.**

Dated: January 22, 2020
       New York, New York

                            *s/ Ona T. Wang*
                            **Ona T. Wang**
                  United States Magistrate Judge