UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEYLA SUAREZ-HERNANDEZ,
                        Plaintiff,

-v-

ANDREW SAUL, COMMISSIONER OF
SOCIAL SECURITY, et al.,
                        Defendant.
------------------------------------------------------------X

19 CIVIL 4514 (OTW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 19, 2020, and For the reasons announced by the Court on the record at the conclusion of the parties' oral argument in this matter on November 18, 2020, Plaintiff's Motion for Judgment on the Pleadings is GRANTED insofar as the case is remanded for further proceedings pursuant to 42 U.S.C. § 405(g), and the Commissioner's Cross-Motion for Judgment on the Pleadings is DENIED; accordingly, the case is closed.

Dated: New York, New York
         New York, November 20, 2020

                                                                  RUBY J. KRAJICK

                                                                  Clerk of Court
                               BY:
                                                                  Deputy Clerk